IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY REED ALI, (unconditional heirs) In Propria Persona; and MI'TE PHARU EL, (unconditional heirs) In Propria Persona;<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD E. BRINK, et alia claiming any legal or equity rights, title, estate, lien, or interest in real property described in the complaint adverse to plaintiffs' title thereto,; SOUTHLAW P.C., et alia claiming any legal or equity rights, title, estate, lien, or interest in real property described in the complaint adverse to plaintiffs' title thereto,; KEVIN J. PEARSON, et alia claiming any legal or equity rights, title, estate, lien, or interest in real property described in the complaint adverse to plaintiffs' title thereto,; M&T BANK, et alia claiming any legal or equity rights, title, estate, lien, or interest in real property described in the complaint adverse to plaintiffs' title thereto,; PAUL STEFFES, et alia claiming any legal or equity rights, title, estate, lien, or interest in real property described in the complaint adverse to plaintiffs' title thereto,; and DOES 1-100,<br><br>Defendants. | 8:20CV66<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. Plaintiff Kimberly Reed Ali filed a Complaint ([Filing No. 1](#)) on February 12, 2020. However, Plaintiff failed to include the $400.00 filing and administrative fees. Plaintiff has the choice of either submitting the $400.00 filing and administrative fees to the clerk's office or submitting a request to proceed in forma pauperis. Failure to take either action within 30 days will result in the court dismissing Plaintiff from this case without further notice.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $400.00 fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **March 16, 2020**: Check for MIFP or payment.

Dated this 13th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge