IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KIMBERLY REED ALI and MI'TE PHARU EL, | 8:20CV66 |
|---|---|
| Plaintiffs, | |
| vs. | MEMORANDUM AND ORDER |
| EDWARD E. BRINK, et al., | |
| Defendants. | |

On February 13, 2020, the court ordered each Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. (Filing Nos. 5, 6.) To date, neither Plaintiff has paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiffs failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 17th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge