IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KIMBERLY REED ALI and MI'TE PHARU EL, | 8:20CV66 |
|---|---|
| Plaintiffs, | **ORDER** |
| vs. | |
| EDWARD E. BRINK, et al., | |
| Defendants. | |

IT IS ORDERED that Plaintiff Mi'Te Pharu El's Application to Proceed in District Court Without Prepaying Fees and Costs (Filing 9) is denied without prejudice, as moot (untimely).

Dated this 23rd day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge